UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| REGINALD RUCKER, | ) | Case No. 17 cv 7876 |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | The Honorable |
| v. | ) | Martha Pacold |
| | ) | Judge Presiding |
| CHICAGO POLICE OFFICER DANIEL KALLMAN, et al., | ) | |
| | ) | The Honorable |
| | ) | Lindsay C. Jenkins |
| Defendants-Appellees. | ) | Judge Presiding |

**CIRCUIT RULE 3(c) DOCKETING STATEMENT**

I. **Statement of Jurisdiction for the United States District Court.**

The jurisdiction of the District Court is founded on Section 1983 of the Civil Rights Act and the United States Constitution. (42 U.S.C. Section 1983). Jurisdiction is proper under 28 U.S.C. Sections 1331, 1343 and 1367. Plaintiff filed his initial Complaint on November 1, 2017. Jurisdiction was not disputed.

II. **Statement of Jurisdiction of the United States Court of Appeals.**

The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. Section 1291, and 28 U.S.C. Sections 2106-07, in that this is an appeal from a final decision of the United States District Court for the Northern District of Illinois seeking to reverse the Judgment of the District Court granting Summary Judgment on Plaintiff's claim of Unlawful Detention pursuant to 42 U.S.C. Section 1983 and the United States Constitution, 28 U.S.C. Sections 1331 and 1343, and granting Summary Judgment on Plaintiff's claims of Malicious Prosecution and Spoilation brought under Illinois law. 28 U.S.C. Section 1367.

The date of entry of the final judgment sought to be reviewed is March 10, 2023. [Dkt. #254]. The order granting Summary Judgment on Plaintiff's Spoilation claim was entered on

December 13, 2021. [Dkt. #170]. The order allowing Defendants to file of their Successive Motion for Partial Summary Judgment was entered on December 1, 2021. [Dkt. #158]. That Successive Motion for Summary Judgment was initially denied on December 22, 2021. [Dkt. 180]. The order granting Defendants' Motion to Reconsider the denial of their Successive Motion For Partial Summary Judgment was entered on May 4, 2022. [Dkt. #235]. The District Court entered an order denying Plaintiff's Motion to Reconsider the granting of Defendants' Motion to Reconsider on February 15, 2023. [Dkt. #249].

On March 10, 2023, the District Court entered an order granting Plaintiff's request to dismiss his remaining claims with prejudice. The appeal is from an order and final judgment that adjudicated all of the claims with respect to all parties. No parties or issues remain in the District Court. The Notice of Appeal was filed on March 13, 2023.

Respectfully submitted,

 /s/ Robert Robertson
Robert Robertson,
One of Plaintiff-Appellant's Attorneys


JEFFREY J. NESLUND
LAW OFFICES OF JEFFREY J. NESLUND
150 North Wacker Drive, Suite 2460
Chicago, Illinois 60606
(312) 223-1100
Email:  neslundlaw@yahoo.com


ROBERT ROBERTSON
ROBERTSON DURIC
One North LaSalle Street, Suite 300
Chicago, IL 60602
(312) 223-8600
Email:  robrobertson1@sbcglobal.net

# **CERTIFICATE OF SERVICE**

I hereby certify that foregoing Docketing Statement was served on:

Scott A. Cohen @ scott.cohen@cityofchicago.org
Michele McGee @ michele.mcgee@cityofchicago.org
Assistant Corporation Counsel III
City of Chicago – Department of Law
2 North LaSalle Street, Suite 420
Chicago, IL 60602
    *Attorneys for Defendant Estate of Darrick Johnson*

Emily R. Bammel @ Emily.bammel3@cityofchicago.org
Jordan F. Yurchich @ jordan.yurchich2@cityofchicago.org
Carolyn M. Niven @ Carolyn.nevin@cityofchicago.org
City of Chicago, Department of Law
2 N. LaSalle Street, Suite 420
Chicago, IL 60602
    *Attorneys for Defendants City of Chicago & Defendant Officers*


on March 13, 2023, in accordance with the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF filers.


                                                /s/ Robert Robertson
                                                ROBERT ROBERTSON
                                                One of Plaintiff's Attorneys


ROBERT ROBERTSON
ROBERTSON DURIC
One North LaSalle Street, Suite 300
Chicago, IL 60602
(312) 223-8600
Email: robrobertson1@sbcglobal.net


JEFFREY J. NESLUND
LAW OFFICES OF JEFFREY J. NESLUND
150 North Wacker Drive, Suite 2460
Chicago, Illinois 60606
(312) 223-1100