IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD RUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 cv 7876 |
| | ) | |
| v. | ) | JUDGE JENKINS |
| | ) | |
| CHICAGO POLICE OFFICER DANIEL KALLMAN, STAR #14346; CHICAGO POLICE OFFICER MARTIN HERNANDEZ, STAR #6529; ESTATE OF DARRICK JOHNSON; THE CITY OF CHICAGO, a Municipal Corporation, | ) ) ) ) ) | MAG. JUDGE COX  JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO STAY DEFENDANTS' BILL OF COSTS

Now comes the Plaintiff, REGINALD RUCKER, by and through his attorneys the LAW OFFICES OF JEFFREY J. NESLUND and ROBERTSON DURIC, and in support of his unopposed motion to stay Defendants' Bill of Costs, states as follows:

1. Plaintiff has alleged the Defendants Chicago Police Officers and Detective maliciously prosecuted him and deprived him of his liberty in connection with an incident that occurred on November 5, 2015. (Dkt #70, Plaintiff's Amended Complaint.)

2. On May 4, 2022, Judge Pacold granted the Defendants' Motion to Reconsider their successive motion for summary judgment (Dkt. #235).

3. On February 15, 2023, Judge Pacold denied Plaintiff's motion to reconsider (Dkt. #249).

4. Plaintiff filed a Notice of Appeal on March 13, 2023 (Dkt #255).

5. The following schedule was set for the parties' briefs by the Seventh Circuit Court of Appeals: Appellant's brief is due June 22, 2023; Appellee's response brief is due July 24, 2023,

1

and Appellant's reply brief is due August 14, 2023.

6. Additionally, there is a mediation set by the Seventh Circuit Court of Appeals on May 22, 2023.

7. Defendants filed a Bill of Costs on April 10, 2023 (Dkt. #266).

8. Plaintiff requests this Honorable Court stay the Defendants' Bills of Costs until the case is resolved following mediation or the Seventh Circuit rules upon the appeal. In the alternative, grant Plaintiff a fourteen (14) day extension to respond to Defendants' Bill of Costs.

9. The Defendants have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court stay Defendants' Bill of Costs until resolution in the Court of Appeals or, in the alternative, grant Plaintiff a fourteen (14) day extension to respond to Defendants' Bill of Costs.

Respectfully submitted,

/s/ Jeffrey J. Neslund
Jeffrey J. Neslund
One of the Attorneys for Plaintiff

JEFFREY J. NESLUND
Law Offices of Jeffrey J. Neslund
20 North Wacker Drive, Suite 3710
Chicago, IL 60606
(312) 223-1100

ROBERT ROBERTSON
ROBERTSON DURIC
One North LaSalle Street, Suite 300
Chicago, IL 60602
(312) 223-8600